SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
SARA WINSLOW (D.C. Bar No. 457643)
Deputy Chief, Civil Division
OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorney

    United States Attorney's Office/Civil Division
    450 Golden Gate Avenue, P.O. Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7241
    Facsimile:  (415) 436-6748
    Email:  owen.martikan@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE A. RITCHIE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. C 00-3940 MHP<br>**E-FILING CASE**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE HEARING ON<br>PLAINTIFF'S MOTION RE: COSTS**<br><br>Date: July 16, 2007<br>Time: 2:00pm<br>Ctrm: 15, 18th Floor |

    The parties stipulate and respectfully ask the Court to order that the hearing on plaintiff's Motion for Rule 34 Production of Documents In Aid of Clerk's Taxation of Costs Under Civil Local Rule 54-5 be continued from the currently noticed date of July 16, 2007 to July 23, 2007, in order to conform to this District's 35-day notice requirement for ordinary motions.  Consistent with the new hearing date, defendant's opposition to the motion will be due on July 2, and plaintiff's reply will be due on July 9.

    So stipulated and respectfully submitted,

DATED:     June 14, 2007          SCOTT N. SCHOOLS
                                              United States Attorney

                                              /s/
                                            _____
                                            OWEN P. MARTIKAN
                                            Assistant United States Attorney

                                            Attorneys for Defendant

1  DATED:     June 14, 2007              LEVENTRITT LEWITTES & BENDER
                                         Attorneys at Law

                                                    /s/
                                         _____
                                         SIDNEY BENDER
                                         Attorneys for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  6/20/2007

HON. MARILYN HALL PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*